1

2

3                                           **JS-6**

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  TWENTIETH CENTURY FOX       )      Case No. EDCV 10-00180
    FILM CORPORATION,           )      VAP(DTBx)
12                              )
                    Plaintiff,  )      **JUDGMENT**
13                              )
         v.                     )
14                              )
    JOHN DOES 1 - 10,           )
15  INCLUSIVE,                  )
                                )
16                  Defendants. )
17  _____

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Minute Order filed on January 11,

20  2011, IT IS ORDERED AND ADJUDGED that Judgment is entered

21  in favor of Plaintiff Twentieth Century Fox Film

22  Corporation ("Plaintiff") against Defendant William

23  Ferrara a/k/a William Lisi and Defendant Albert Vasquez

24  a/k/a Juan Vasquez a/k/a Juan Albert Vasquez.  The Court

25  orders that such judgment be entered.

26

27

28

1    Each Defendant is ordered to pay to Plaintiff:

2    (1) $100,000.00 in statutory damages;

3    (2) $5,600.00 in attorneys' fees; and

4    (3) Post-judgment interest as determined by 28 U.S.C.

5  § 1961.

6

7

8  Dated:  _January 21, 2011_        _____

9                                      VIRGINIA A. PHILLIPS
                                     United States District Judge

2